IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

Civil Action No: 16-cv-02760-RM-MJW          Date:  December 4, 2017
Courtroom Deputy:  Stacy Libid               FTR:  Courtroom A-502

*Parties:*                                   *Counsel:*

ROCKHILL INSURANCE COMPANY,                  John Husmann
                                             David Alt
                                             Holly White

   Plaintiff,

v.

CFI – GLOBAL FISHERIES MANAGEMENT a/k/a      Alan Bradshaw
Colorado Fisheries, Inc., and                Andrew Johnson
HEIRLOOM I, LLC,                             Thomas Birsic

   Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**FINAL PRETRIAL CONFERENCE**

**8:58 a.m.      Court in session.**

The proposed Final Pretrial Order is reviewed.

Defendants' shall file a reply to Motion to Compel Production [Docket No. 75, filed on November 10, 2017] on or before **December 15, 2017**.

It is ORDERED:      The proposed FINAL PRETRIAL ORDER, with exhibit lists, which was tendered to the court, and modified from the bench, is made an Order of Court.

**9:05 a.m.      Court in recess.**

Hearing concluded.
Total in-court time    00:07

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.